

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 27, 2022

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Mejia v. Power Balance Technologies Inc.;* Case No. 1:22-cv-02622-RA

Dear Judge Abrams:

We represent plaintiff Jose Mejia ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are requesting referral to mediation or a magistrate judge, or an initial status conference. Plaintiff has been in contact directly with defendant, and they have not yet obtained counsel. As a Courtesy, Plaintiff requests 30 days to give the defendant time to retain counsel.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
05/31/22