

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 29, 2022

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Mejia v. Power Balance Technologies Inc.; Case No. 1:22-cv-02622-RA*

Dear Judge Abrams:

We represent plaintiff Jose Mejia ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are requesting referral to mediation or a magistrate judge, or an initial status conference. Plaintiff requests this adjournment since Defendant's answer was due on May 4, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a Certificate of Default as to Defendant, Power Balance Technologies Inc., and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/30/22